

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2019

No. 04-19-00059-CV

**CONTINENTAL MOTORS, INC.,**
Appellant

v.

**DANBURY AEROSPACE, INC.**, et al,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18283
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED.



_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of May, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court